VAN–020 Deficiency Notice – Petitions (Local) – Rev. 07/08/2019

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

CASE NO.: 19–04601–5–SWH

IN RE:

DATE FILED: October 4, 2019

CHAPTER: 13

Susan Mariann Weakley
 ( *known aliases*: Susan Mariann Dahlke )
609A Piner Road #102
Wilmington, NC 28409

Debtor represented by:
Susan Mariann Weakley
609A Piner Road #102
Wilmington, NC 28409

Trustee:
Joseph A. Bledsoe III
PO Box 1618
New Bern, NC 28563

DEFICIENCY NOTICE

To: Susan Mariann Weakley

The petition submitted to the court on behalf of the above referenced debtor(s) has been filed. However, the petition is deficient as noted below. All deficiencies should be corrected by **October 9, 2019** . Failure to do so may result in the petition being dismissed.

The motion for temporary waiver of the credit counseling course requirement due to exigent circumstances was omitted.

DATED: October 4, 2019

Amy Bissette
Deputy Clerk